# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4306
_____

RICHARD WHITSITT,

    Appellant,

    v.

WILLIAM A. LEONARD,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

May 30, 2018


PER CURIAM.

    AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.


_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

William H. McLean, McLean Law, P.A., Panama City, for Appellant.

Jeffrey P. Whitton and Max W. McCord, III, Panama City, for Appellee.